UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GAVIGAN, | No. 2:06-cv-1597-FCD-KJM |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., RALEY'S INC., and AMERISOURCEBERGEN DRUG CORP., | |
| Defendants. | |
| ESTHER NED, | No. 2:05-cv-2584-MCE-DAD |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC. and MCKESSON CORPORATION, | |
| Defendants. | |
| BOYD COLE, ET AL., | No. 2:05-cv-2609-MCE-GGH |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., and MCKESSON CORPORATION, | |
| Defendants. | |

```
 1  JOHN HOIEN and PEGGY HOIEN,          No. 2:05-cv-2464-MCE-KJM
 2           Plaintiffs,
 3       v.
 4  MERCK & CO., INC.,
    MCKESSON CORPORATION, and
 5  AMERISOURCEBERGEN DRUG CORP.,
 6           Defendants.
                                      /
 7  _____
    FRANCES HUBBEL,                      No. 2:06-cv-0690-MCE-DAD
 8           Plaintiff,
 9
         v.
10
    MERCK & CO., INC.,
11
             Defendant.
12  _____/
13  PATRICIA LOVE,                       No. 2:05-2140-MCE-PAN
14           Plaintiff,
15       v.
16  MERCK & CO., INC.,
    MCKESSON CORPORATION, and
17  AMERISOURCEBERGEN DRUG CORP.,
18           Defendants.
19  _____/
```

20     The Court has received the Notice of Related Cases
21  concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-
22  123, E.D. Cal. (1997).  The Court has determined, however, that
23  it is inappropriate to relate or reassign the cases, and
24  therefore declines to do so.
25  ///
26  ///
27  ///
28  ///

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: August 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE